# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JOSEPH THIERRY and MARSHA THIERRY,

      Plaintiffs,

vs.

BANK OF AMERICA, N.A.,

      Defendant.

Case No. 2:12-cv-14417

Honorable Victoria A. Roberts

Magistrate Judge R. Steven Whalen

| | |
|---|---|
| Darwyn P. Fair (P31266) | Christyn M. Scott (P67485) |
| Darwyn P. Fair & Associates, P.C. | DYKEMA GOSSETT PLLC |
| Attorney for Plaintiffs | Attorneys for Bank of America, N.A. |
| 535 Griswold, Ste. 111-554 | 39577 Woodward Ave., Suite 300 |
| Detroit, MI 48226 | Bloomfield Hills, MI 48304 |
| (313) 967-0595 | (248) 203-0746 |

## STIPULATION AND ORDER RE LITIGATION STAY

      Pursuant to the agreement of the parties, evidenced by their attorneys' signatures below, that they are working toward an early resolution of this matter, which could include a loan modification that may involve trial payment periods, Plaintiffs Joseph Thierry and Marsha Thierry ("Plaintiffs"), and Bank of America, N.A. ("BANA"), agree to stay litigation in this matter for 60 days, up to and including January 28, 2013.

      The scheduling conference currently set for on Tuesday, November 27, 2012, is adjourned until **Monday, February 11, 2013 at 4:00 pm**.

      **IT IS ORDERED** that litigation is stayed until January 28, 2013.

Date: 11/27/12

                                        /s/ Victoria A. Roberts
                                       Honorable Victoria A. Roberts

United States District Judge

**STIPULATION:**

By: /s/ Darwyn P. Fair (w/consent)  
Darwyn P. Fair (P31266)  
Darwyn P. Fair & Associates, P.C.  
Attorney for Plaintiffs  
535 Griswold, Ste. 111-554  
Detroit, MI 48226  
(313) 967-0595  

By: /s/ Christyn Scott  
Christyn M. Scott (P67485)  
Dykema Gossett PLLC  
Attorneys for Defendant  
39577 Woodward Avenue, Suite 300  
Bloomfield Hills, MI  48304-5086  
(248) 203-0746/ Fax (248) 203-0763  
cscott@dykema.com  

2